UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDIHANDS, LLC AND
FARLA MEDICAL LTD,

      Plaintiffs,

v.                                                                              CASE NO:

ELIXIR THERAPEUTICS, LLC,

      Defendant.
_____/

## COMPLAINT

MEDIHANDS, LLC and FARLA MEDICAL LTD (collectively "Plaintiff"), by and through undersigned counsel, sues Defendant, ELIXIR THERAPEUTICS, LLC (the "Defendant"), and states the following:

### PARTIES, JURISDICTION and VENUE

1. This is an action for damages in excess of $75,0000 exclusive of interest, costs, and attorneys' fees.

2. Plaintiff Medihands, LLC is a Florida corporation with its principal place of business in Tampa, Florida.

3. Plaintiff Farla Medical Ltd. Is a foreign corporation with its principal place of business in London, England (UK).

4. Defendant Elixir Therapeutics, LLC is located in Portland, Oregon and this Honorable Court has jurisdiction under sections 1331 and 1332 of the U.S. Code.

5. Venue is proper under section 1391(b)(2) as a substantial part of the event or omission giving rise to this claim occurred in this judicial district (i.e., breach of contract and non-payment to Tampa entity).

6. Plaintiff is duly authorized to bring this action.

7. All conditions precedent have been satisfied or waived.

8. Plaintiff has retained the undersigned law firm and is obligated to pay reasonable attorneys' fees and costs, all of which Plaintiff is entitled to recover from Defendant as damages resulting from Defendant's breach of the ICPO (defined herein).

## BREACH OF CONTRACT

9. On or about August 17, 2021, Plaintiff and Defendant entered into an Irrevocable Corporate Purchase Order ("ICPO") wherein Defendant agreed to Purchase disposable 3PLY Masks from Plaintiff. A true and correct copy of the ICPO is attached as Exhibit "A."

10. On or about August 19, 2021, Defendant sent an initial deposit of $162,000 to Plaintiff Medihands, LLC in Tampa, Florida as set forth in the NorthWest Bank Domestic Wire Confirmation, a redacted copy of which is attached hereto as Exhibit "B."

11. In reliance on the ICPO's terms and payment made to Medihands, LLC, Plaintiff performed under the ICPO and brought the subject 3PLY Masks into the United States for Defendant.

12. Upon arrival, Plaintiff notified Defendant and Defendant proceeded to inspect the 3PLY Masks on multiple occasions, including on October 12, 2021 and November 10, 2021.

13. Defendant did not provide Plaintiff with a "Buyer's Rejection Notice" or reject any of the goods.

14. Instead, Defendant refused to pay and attempted to renegotiate the terms of the ICPO and specifically the contractually agreed upon purchase price set forth in the parties' ICPO.

15. Further, Defendant attempted to make an end-run around the ICPO and Plaintiff by improperly contacting Plaintiff's China based financing and manufacturing partners, CIE Great (Ningbo) Trading Co. Ltd. and Taizhou Kangjian Medical Co. Ltd., respectively, and encouraging them to sever ties with Plaintiff and deal directly with Defendant.

16. Defendant breached the parties' ICPO by, *inter alia*, failing to pay the sums due thereunder.

17. Plaintiff has been injured as a direct result of Defendant's breach and Plaintiff has suffered significant damages including but not limited to demurrage fees, storage charges, and cover costs.

**WHEREFORE,** Plaintiff demands judgment against Defendant for monetary damages, interest, costs, and any further or other relief this Court deems just and proper.

**JURY TRIAL:** Plaintiff demands a jury trial on all issues so triable.

**DATED:** this 18th day of November, 2021.

*/s/ Justin L. Dees*
JUSTIN L. DEES, ESQ.
Fla Bar No. 48033
DEES LEGAL GROUP, PLLC
1325 Snell Isle Blvd., Suite 505
St. Petersburg, FL 33704-2411
Telephone: (813) 360-6743
Primary E-mail:   jdees@deeslegal.com
                  arsdeeslegal@gmail.com
*Attorneys for Plaintiff*